## Commonwealth *v.* Hazeltine, Appellant.

Submitted September 15, 1972. *Bruce S. Miller,* Assistant Public Defender, and *James M. Reinert,* Public Defender, for appellant; *Jerry B. Chariton* and *Jerome L. Cohen,* Assistant District Attorneys, *Daniel F. Daley,* First

Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below for a proceeding and hearing under the Post Conviction Hearing Act to determine, inter alia, effectiveness of counsel at the time of appellant's guilty plea.